944 A.2d 598

IN THE MATTER OF STEVEN J. BERCIK, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 255151969).

April 3, 2008.

## ORDER

The Director of the Office of Attorney Ethics and **STEVEN J. BERCIK, JR.,** who was admitted to the bar of this State in 1969, through his court-appointed guardian and counsel, having consent-

ed to the transfer of **STEVEN J. BERCIK, JR.,** to disability inactive status pursuant to *Rule* 1:20–12(a);

And **STEVEN J. BERCIK, JR.,** having been adjudged an incapacitated person and lacking the capacity to practice law at this time;

It is ORDERED that **STEVEN J. BERCIK, JR.,** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **STEVEN J. BERCIK, JR.,** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **STEVEN J. BERCIK, JR.,** comply will *Rule* 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **STEVEN J. BERCIK, JR.,** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court.